UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-80124-RUIZ

UNITED STATES OF AMERICA

v.

Mark AGRESTI,

      **Defendant.**
_____/

## GOVERNMENT'S WITNESS LIST[1]

The United States of America, through the undersigned, hereby submits the following list of witnesses it intends to call at the trial in the above-captioned matter.

1. Cigna Representative (TBD)
2. CMS/CLIA Representative (TBD)
3. Craig Stallings (FBI)
4. Crystal Herrera
5. Diane Bradley
6. Eric Snyder
7. Felicia Calame
8. Garrett Shohan (Aetna)
9. GDSL Patient 1
10. GDSL Patient 2
11. GDSL Patient 3
12. JoAnn Wright (IRS)
13. Kenneth Bailynson
14. KIPU Representative (TBD)
15. Lindsey Sanguillo
16. Dr. Margaret Jarvis (Expert)
17. Maria Guerero (Blue Cross/Blue Shield)
18. Mary Guinan
19. Matthew Noel
20. Maxine Breglia
21. Melissa (Missy) Parks (Consultant)
22. Page Ferrell

---

[1] Subject to change based on stipulations as to authenticity of certain records.

23. Pam Martin (IRS)
24. Paul Materia
25. Stephanie Curran
26. William Stewart (FBI)

The United States reserves the right to call additional witnesses as may be needed during trial, and to amend this list as trial preparation continues.

Dated: December 22, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

By  /s/ *James V. Hayes*
JAMES V. HAYES (FL BAR # A5501717)
Senior Litigation Counsel
AMANDA PERWIN (FL Bar # 46814)
Assistant United States Attorney - S.D.F.L.
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue
Washington, DC 2005
Telephone: (202)-774-4276
James.Hayes@usdoj.gov
Amanda.Perwin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*James V. Hayes*