United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

**EXHIBIT LIST**

**United States v. Mark Agresti**              CASE NUMBER: 18-80124-CR-RUIZ

| PRESIDING JUDGE<br><br>Hon. Rodolfo A. Ruiz | | | ASSISTANT UNITED STATES ATTORNEYS<br>James V. Hayes and Amanda Perwin | DEFENSE ATTORNEY<br><br>Richard Lubin, Greg Rosenfeld | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br><br>01/24/2022 | | | COURT REPORTER | COURTROOM DEPUTY | |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | GDSL Claims – Aetna |
| 2 | | | | | GDSL Claims – Blue Cross |
| 3 | | | | | GDSL Claims – AIG |
| 4 | | | | | GDSL Claims – Cigna |
| 5 | | | | | GDSL Claims – Humana |
| 6 | | | | | GDSL Claims - Optum |
| 7 | | | | | GDSL KIPU Records |
| 8 | | | | | GDSL Medical Director Contract (Dr. Agresti) |
| 9 | | | | | Dr. Agresti MD Corporate Records |
| 10 | | | | | Dr. Agresti MD Billing Records |
| 11 | | | | | UHC Claim Summary for Patient K.D. in the amount of $6,490 (12/18/2013) |
| 12 | | | | | KIPU Patient File for K.D. |
| 13 | | | | | BCBS claim summary for B.S. in the amount of $6,342 (1/22/2014) |
| 14 | | | | | KIPU patient file for B.S. |
| 15 | | | | | BC/BS claim summary for S.G. in the amount of $6,342 (1/27/2014) |
| 16 | | | | | KIPU Patient File for S.G. |
| 17 | | | | | BC/BS claim summary for T.H. in the amount of $9,972 (1/31/2014) |
| 18 | | | | | KIPU Patient File for T.H. |
| 19 | | | | | BCBC claim summary for H.K. in the amount of $9,972 (2/1/2014) |
| 20 | | | | | KIPU Patient File for H.K. |

| | | | | | |
|---|---|---|---|---|---|
| 21 | | | | | BC/BS claim summary for D.P. in the amount of $6,293 (3/31/2014) |
| 22 | | | | | KIPU Patient File for D.P. |
| 23 | | | | | Cigna claim summary for R.N. in the amount of $6,293 (4/2/2014) |
| 24 | | | | | KIPU Patient File for R.N. |
| 25 | | | | | Cigna claim summary for K.D. in the amount of $6,562 (4/7/2014) |
| 26 | | | | | KIPU Patient File for K.D. (Exhibit 13) |
| 27 | | | | | BCBS claim summary for L.B. in the amount of $6,293 (4/9/2014) |
| 28 | | | | | KIPU Patient File for L.B. |
| 29 | | | | | BCBS claim summary for R.M. in the amount of $6,298 (5/22/2014) |
| 30 | | | | | KIPU Patient File for R.M. |
| 31 | | | | | BCBS claim summary for S.W. in the amount of $6,635 (6/30/2014) |
| 32 | | | | | KIPU Patient File for S.W. |
| 33 | | | | | GDSL Pool House Photographs (composite) |
| 34 | | | | | Dr. Agresti Bank Records |
| 35 | | | | | GDSL Bank Records |
| 36 | | | | | Lindsey Sangillo Emails |
| 37 | | | | | Agresti/Bailynson Text Messages |
| 38 | | | | | Bailynson Calendar Entries Re: Agresti Meetings |
| 39 | | | | | Most Highly Billed Patients – Summary (GDSL) |
| 40 | | | | | Summary comparison of patients between GDSL and Agresti by insurance company |
| 41 | | | | | Overall summary of total billed Agresti claims for cross over GDSL patients, by insurance company |
| 42 | | | | | Monthly break out summary of total billed Agresti claims for cross over GDSL patients, by insurance company |
| 43 | | | | | Summary of Agesti total billing amounts (visit and lab) for GDSL Patients |
| 44 | | | | | Summary of GDSL lab CPT codes total billed vs non lab CPT codes billed (by insurance company) |
| 45 | | | | | Summary of Number of Days Between UA Billings (GDSL) |
| 46 | | | | | Summary of UA Billing by Agresti for GDSL Patients |
| 47 | | | | | First Billing Date for GDSL UA Versus First Billing Date by Agresti for Patient Visit |
| 48 | | | | | Summary of Average Lab Billing for GDSL Patients |
| 49 | | | | | Summary of Agresti Review of GDSL Patient Files |
| 50 | | | | | Blue Cross Medical Necessity Letters to Dr. Agresti |

| # | | | | | Description |
|---|---|---|---|---|---|
| 51 | | | | | Drug Testing Menu Signed By Dr. Agresti |
| 52 | | | | | $9000 Checks from GDSL To Dr. Agresti |
| 53 | | | | | Stewart Miller & Co. In. Request to GDSL for Drug Screen Orders for patient J.Y. |
| 54 | | | | | Fax from Agresti to Bailynson re: formula at other facilities |
| 55 | | | | | GDSL Laboratory CLIA Certificates |
| 56 | | | | | Log of Patients Seen By Dr. Agresti |
| 57 | | | | | To Do List/Procedures/Agresti Notes |
| 58 | | | | | Notepad of Patients to See Dr. Agresti August 2014 |
| 59 | | | | | Letter from Ken Bailynson describing billing issues with Medpro (1/14/2014) |
| 60 | | | | | "Appeals to BCBS 10/20-11/4" Folder Addressed to Dr. Agresti |
| 61 | | | | | Patient Forms for Dr. Agresti to Complete |
| 62 | | | | | Letter from Medical Mutual to Agresti MD at 2800 Georgia Ave. re: H.L.M. claim denial (5/14/2014) |