UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80124-RAR-2

UNITED STATES OF AMERICA

v.

**MARK AGRESTI**,

    Defendant.
_____/

**ORDER CERTIFYING INTENT TO GRANT MOTION FOR NEW TRIAL**

**THIS MATTER** comes before the Court upon Defendant Mark Agresti's Motion for New Trial Based on Newly Discovered Evidence and Unopposed Request for an Evidentiary Hearing, ("Motion"). [ECF No. 585]. In the Motion, Defendant requests "following an evidentiary hearing, the Court issue an order certifying to the Eleventh Circuit under *United States v. Ellsworth*, 814 F.2d 613 (11th Cir. 1987), that the Court would grant the motion for a new trial if the case were remanded to this Court; and, thereafter, order the requested new trial." *Id.* at 20. The Court held an evidentiary hearing on June 3–4, 2024.[1] [ECF Nos. 624, 625].

Upon a motion for new trial, *Ellsworth* states that "the district court may either deny the motion on its merits or certify that the motion should be granted in order to afford the appellate court jurisdiction to entertain a motion to remand." 814 F.2d at 614. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

---

[1] The Court held the evidentiary hearing pursuant to its jurisdiction to entertain the motion, as well as the Eleventh Circuit's stay of proceedings pending resolution of district court proceedings on the Motion. *See United States v. Agresti*, No. 22-11995, (11th Cir. May 5, 2023), ECF No. 26. *See also United States v. Cronic*, 466 U.S. 648, 667 n.42 (1984) ("The District Court had jurisdiction to entertain the motion and either deny the motion on its merits, or certify its intention to grant the motion to the Court of Appeals, which could then entertain a motion to remand the case.").

1. The Court certifies its intent, pursuant to *Ellsworth*, to grant the Motion for New Trial.  *See* [ECF No. 585].

2. The Court is prepared to enter an order granting the new trial, immediately pending remand from the Eleventh Circuit.

**DONE AND ORDERED** in Miami, Florida this 16th day of December, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**