# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 30, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Richard Carroll Klugh Jr.
Law Office of Richard C. Klugh
40 NW 3RD ST PH1
MIAMI, FL 33128

Amy Morse
King / Morse, PLLC
2240 PALM BEACH LAKES BLVD STE 300
WEST PALM BEACH, FL 33409

Amanda Perwin
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Lisa Tobin Rubio
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Jeremy Raymond Sanders
U.S. Department of Justice
Criminal Division, Fraud Section
1400 NEW YORK AVE NW FL 4
WASHINGTON, DC 20005-2107

U.S. Attorney Service - Southern District of Florida
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111



Appeal Number:  22-11995-HH  ; 22-12125 -HH
Case Style:  USA v. Mark Agresti
District Court Docket No:  9:18-cr-80124-RAR-2

The enclosed copy of this Court's order of remand is issued as the mandate of this Court.
Counsel and parties are advised that with this order of remand this appeal is concluded. If
further review is to be sought in the future a timely new notice of appeal must be filed.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 22-11995

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MARK AGRESTI,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cr-80124-RAR-2

---

2                     Order of the Court                  22-11995

No. 22-12125

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MARK AGRESTI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cr-80124-RAR-2

_____

Before ROSENBAUM, LAGOA, and ABUDU, Circuit Judges.

BY THE COURT:

"Appellant Mark Agresti's Unopposed Motion to Relinquish Jurisdiction" is GRANTED. The Court hereby REMANDS in full Case No. 22-11995 to the district court for further proceedings consistent with its order granting Appellant's motion for a new trial.

Upon review, the Court also *sua sponte* REMANDS Case No. 22-12125 in full.

22-11995                    Order of the Court                    3

The Clerk of Court is DIRECTED to close these appeals.