UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80124-RAR-2

**UNITED STATES OF AMERICA**

v.

**MARK AGRESTI**,

    Defendant.

_____/

**ORDER VACATING JUDGMENT AND SENTENCE**

**THIS CAUSE** comes before the Court *sua sponte*. On January 30, 2025, this Court entered an Order, [ECF No. 632], granting Defendant Mark Agresti's Motion for New Trial, [ECF No. 585]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to the Order Granting Motion for New Trial, [ECF No. 632], the Judgment and Sentence, [ECF No. 559], is **VACATED**.

2. This matter is set for a status conference on **February 12, 2025 at 11:00 A.M.** Parties shall report to Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** in Miami, Florida this 30th day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**