**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-CR-80124-RAR-2**

UNITED STATES OF AMERICA,

vs.

MARK AGRESTI,

    Defendant.

_____/

**<u>MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>**

COMES NOW, undersigned counsel, Amy Morse, Esq., and hereby files this Motion to Withdraw as Attorney of Record on Defendant, Mark Agresti's case. As grounds therefore, counsel would state:

1. Undersigned counsel was one of the attorneys in the first trial in this matter and has not been a party/attorney on this matter since the first trial ended.

2. Undersigned counsel is no longer with the firm King | Morse, PLLC and is currently employed by Nason, Yeager, Gerson, Harris & Fumero, P.A.

3. Defendant, Mark Agresti, is currently represented by attorneys Gregory Rosenfeld, Esq. and Richard Klugh, Esq. who have received notice for their client of this Motion to Withdraw.

WHEREFORE, based on the foregoing, undersigned counsel respectfully requests that the Court enter an Order granting the Motion to Withdraw as Attorney of Record.

        Respectfully Submitted,

        */s/ Amy Morse*
        Amy Morse, Esq.

Nason, Yeager, Gerson, Harris & Fumero, P.A.
3001 PGA Blvd., Suite 305
Palm Beach Gardens, FL 33410
T: (561) 686-3307
E-mail: amorse@nasonyeager.com
Florida Bar No.: 0388475

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

all parties of record through the CM/ECF system on this 18th day of December 2025.

*/s/ Amy Morse*
Amy Morse, Esq.